ROBERT R. JENSEN
NSB No. 2558
GALLOWAY & JENSEN
222 California Ave.
Reno, NV 89509
Tele.: 775/333-7555
Fax:   775/323-4993
Email: robert@gallowayjensen.com

*Attorneys for Defendant Daniel Hardy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| ARCH INSURANCE COMPANY, a foreign corporation | |
| Plaintiff, | Case No. 2:23-cv-00370-CDS-EJY |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT IN INTERPLEADER** |
| SCOTT THAYER and CINDY THAYER, natural parents and Wrongful death heirs of the deceased, COLE THAYER, and DANIEL HARDY, an individual, | |
| Defendants. _____/ | |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Defendants, ROBERT JENSEN, of GALLOWAY & JENSEN, and counsel for Plaintiff, DYLAN TODD, of CLYDE & CO., US LLP, that Defendant DANIEL HARDY shall have a 10 day extension of time

///

///

///

///

1  up through and including April 13, 2023, to respond to Plaintiff's Complaint In Interpleader

2  (ECF No. 7).

3  DATED this 31st day March, 2023.        DATED this 31st day March, 2023.

4  GALLOWAY & JENSEN                CLYDE & CO US LLP

6  /s/ Robert R. Jensen                /s/ Dylan Todd
   ROBERT R. JENSEN, ESQ            DYLAN TODD, ESQ.
7  222 California Ave.               7251 W. Lake Mead Blvd., Suite 430
   Reno, NV  89509                   Las Vegas, NV 89128
8  Tele: 775/333-7555                Tele: (702) 248-2900
   *Attorney for Defendants*         *Attorney for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 4, 2023