Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, NV 89128
Telephone:  725-248-2900
Facsimile:   725-248-2907

*Attorneys for Plaintiff Arch Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL HARDY, an individual; SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER,<br><br>Defendants. | CASE NO.   2:23-cv-00370-CDS-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS OF DANIEL HARDY, SCOTT THAYER AND CINDY THAYER**<br><br>**(First Request)** |

Plaintiff Arch Insurance Company ("Arch") and Defendants Daniel Hardy ("Hardy"), Scott Thayer and Cindy Thayer (the "Thayers") (collectively "Defendants"), by and through their attorneys, hereby stipulate and request that the Court extend the time for Arch to respond to the Counterclaims (ECF Nos. 13 and 15).  The parties have stipulated to extend the response deadlines to **May 10, 2023**.  The original deadlines for Arch to file responses to these counterclaims are April 26, 2023 for ECF No. 13 and April 27, 2023, at ECF No. 15.  This is the parties' first request to extend time for Arch to respond to the counterclaims (ECF Nos. 13 and 15).

Good cause exists for requesting this stipulation at this time.  The parties have been in discussions on the potential resolution of the counterclaims, and on April 19, 2023, the parties came to an agreement for Defendants to withdraw their counterclaims with prejudice in exchange for Arch agreeing not to seek any of its fees and costs relating to the interpleader.  It is the intent of the

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

parties to file a separate stipulation and order specifying in detail the agreement relating to the withdrawal of the counterclaims and attorney's fees request. The parties are in the process of finalizing the stipulation language, however additional time is needed for all parties to provide their proposed changes and revisions. However, due to the fact that Arch's current deadlines to respond to the counterclaims, the parties are requesting a new deadline of May 10, 2023, in order to get the dismissal language finalized.

Dated: April 26, 2023

| | |
|---|---|
| SCHUETZE, McGAHA, TURNER & FERRIS PLLC | GALLOWAY & JENSEN |
| */s/ William W. McGaha* <br> William W. McGaha, Esq. <br> (NV Bar No. 3234) <br> 601 S. Rancho Drive, Suite C-20 <br> Las Vegas, Nevada 89106 <br> (702) 369-3225 <br> (702) 369-2110 FAX <br> bmcgaha@smlvlaw.net <br><br> *Attorney for Defendants Scott Thayer and Cindy Thayer* | */s/ Robert R. Jensen* <br> Robert R. Jensen (NV Bar No. 2558) <br> 222 California Avenue <br> Reno, NV 89509 <br> Tele.: 775/333-7555 <br> Fax: 775/323-4993 <br> robert@gallowayjensen.com <br><br> *Attorneys for Defendant Daniel Hardy* |

CLYDE & CO US LLP

 */s/ Dylan Todd*
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV 89128
Telephone: 725-248-2900
Facsimile:     725-248-2907

*Attorneys for Plaintiff
Arch Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 26, 2023